UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-14164 |
| Plaintiff, | District Judge Stephen J. Murphy, III |
| v. | Magistrate Judge R. Steven Whalen |
| NETINA MACK, | |
| Defendant. | |
| _____ / | |

**ORDER**

This is a student loan case. Defendant Netina Mack has filed a Motion for Request for a Correct Balance [Docket #18], which the Court construes as an objection to a writ of garnishment. At the hearing on this motion held on September 23, 2010, Ms. Mack and counsel for Plaintiff advised the Court that the matter has been resolved, that the remaining balance subject to garnishment is $224.48, and that Ms. Mack's employer has been so informed.

Accordingly, Defendant's motion [Docket #18] is DISMISSED AS MOOT.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 23, 2010.

                                              S/G. Wilson
                                              Judicial Assistant